United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TECHNOLOGY PROPERTIES LIMITED, LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOTIC SCIENTIFIC CORPORATION,

Plaintiffs,

v.

SIERRA WIRELESS, INC. and SIERRA WIRELESS AMERICA, INC.,

Defendants.

No. C 12-03878 WHA

**ORDER STAYING ACTION**

Before the Court is defendants' motion, pursuant to 28 U.S.C. 1659, to stay this instant action, pending final resolution of an action between the parties involving the same patent before the International Trade Commission. Plaintiffs have filed a statement of non-opposition. Therefore, the motion to stay is **GRANTED**. The above-titled action is **STAYED** until the determination of the ITC becomes final. *See In re Princo Corp.*, 486 F.3d 1365 (Fed. Cir. 2007) (discussing finality). The parties are directed to file a joint status report by **NOON ON AUGUST 5, 2013**, or within **TEN DAYS** after the date on which the ITC determination becomes final, whichever is earlier.

**IT IS SO ORDERED.**

Dated: October 5, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE