1    JAMES C. OTTESON, State Bar No. 157781
jim@agilityiplaw.com
2    MICHELLE G. BREIT, State Bar No. 133143
mbreit@agilityiplaw.com
3    AGILITY IP LAW, LLP
149 Commonwealth Drive
4    Menlo Park, CA 94025
Telephone: (650) 227-4800
5    Facsimile: (650) 318-3483

6    Attorneys for Plaintiffs
TECHNOLOGY PROPERTIES LIMITED LLC
7    and PHOENIX DIGITAL SOLUTIONS LLC

8    CHARLES T. HOGE, State Bar No. 110696
choge@knlh.com
9    KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Suite 1300
10   San Diego, CA 92101
Telephone: (619) 231-8666

12   Attorneys for Plaintiff
PATRIOT SCIENTIFIC CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, PHOENIX DIGITAL SOLUTIONS LLC, and PATRIOT SCIENTIFIC CORPORATION,<br><br>        Plaintiffs,<br><br>        vs.<br><br>SIERRA WIRELESS, INC. and SIERRA WIRELESS AMERICA, INC.,<br><br>        Defendants. | Case No.: 3:12-cv-03878 WHA<br><br>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Technology Properties Limited LLC, Phoenix Digital Solutions LLC and Patriot Scientific Corporation voluntarily dismiss Defendants Sierra Wireless, Inc. and

Sierra Wireless America, Inc. ("SIERRA") with prejudice, the Defendants having served neither an answer nor a motion for summary judgment.

Dated: December 19, 2012          AGILITY IP LAW, LLP

By: /s/ *James C. Otteson*
James C. Otteson

Attorneys for Plaintiffs
TECHNOLOGY PROPERTIES LIMITED LLC AND
PHOENIX DIGITAL SOLUTIONS LLC


KIRBY NOONAN LANCE & HOGE LLP


By: /s/ *Charles T. Hoge*
Charles T. Hoge

Attorneys for Plaintiff
PATRIOT SCIENTIFIC CORPORATION